UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 2:24CR00015-01 BSM |
| | ) | |
| | ) | |
| TEJUANA DILLARD | ) | DEFENDANT |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Tejuana Dillard, the Defendant, by and through her attorney, Chris Tarver, and for her Motion to Continue, states as follows:

1. This case is set for trial on Monday, December 1, 2025, at 9:30 a.m. in Helena, Arkansas;

2. Defense counsel needs additional time in this case to complete plea negotiations on behalf of Ms. Dillard and counsel does not believe that the plea negotiations can be completed prior to the scheduled trial date of December 1, 2025;

3. Accordingly, defense counsel respectfully requests that the Court grant a continuance in this case and hereby certifies this Motion is brought in good faith, and not for delay or any other improper purpose other than defense counsel's current workload and schedule, and counsel's responsibility of providing effective and zealous representation to Ms. Dillard.

4. Assistant United states Attorney, Julie Peters, has indicated there is no opposition to Defendant's request that this case be continued;

5. The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

WHEREFORE, the Defendant, Tejuana Dillard, respectfully requests that this Court grant her Motion to Continue and for all other just and appropriate relief.

Respectfully submitted,

LISA G. PETERS
FEDERAL DEFENDER

By: Chris Tarver
Chris Tarver, Bar No. 87170
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 324-6113
E-mail: Chris_Tarver@fd.org

For: Tejuana Dillard, Defendant